## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSTON, DAVID J | § | Case No. 09-70333 |
| RUSTON, SHERRI L | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/05/2009 . The undersigned trustee was appointed on 02/06/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of          $          8,253.65

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 8,253.65 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was  12/10/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,575.37 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,575.37 , for a total compensation of $ 1,575.37 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2010                    By:/s/DANIEL M. DONAHUE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Exhibit A**

| Case No: | 09-70333 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | | | Date Filed (f) or Converted (c): | 02/05/09 (f) |
| | RUSTON, SHERRI L | | | | 341(a) Meeting Date: | 03/12/09 |
| For Period Ending: 02/24/10 | | | | | Claims Bar Date: | 12/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.37 | FA |
| 2. Single Family Residence 327 Vale Avenue South Rock | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Rental Property 618 Gardner Street South Beloit, I | 29,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash On Hand | 75.00 | 0.00 | DA | 0.00 | FA |
| 5. Fidelity Money Market Account | 3.00 | 0.00 | DA | 0.00 | FA |
| 6. Personal Checking Account At Blackhawk Bank | 3,000.24 | 0.00 | DA | 0.00 | FA |
| 7. Commercial Security Deposit For 919 River Lane | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Living Room Furniture, Stereo; Queen Size Bed With | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 900 Old LP's | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Standard Wearing Apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 11. Assorted Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Fitness Equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. Golf Clubs | 75.00 | 0.00 | DA | 0.00 | FA |
| 14. Genworth Financial Term Policy With $250,000.00 De | 1.00 | 0.00 | DA | 0.00 | FA |
| 15. United Technologies Term Policy With $150,000.00 D | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. United Technologies 401(k) | 73,982.19 | 0.00 | DA | 0.00 | FA |
| 17. Fidelity IRA | 59,368.35 | 0.00 | DA | 0.00 | FA |
| 18. Janus IRA | 21,953.40 | 0.00 | DA | 0.00 | FA |
| 19. Haldex 401(k) | 20,000.00 | 0.00 | | 0.00 | FA |
| 20. Roth IRA/Old Mutual | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21. Roth IRA/Vanguard | 1,500.00 | 0.00 | DA | . | 0.00 | FA |
| 22. 101 Shares United Technologies | 5,300.00 | 8,252.24 | | 8,252.24 | FA |
| 23. Sole Member Happy Camper Pet Resort, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 24. Expected State And Federal 2008 Tax Refunds | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 25. 1997 Saturn SC | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 1988 FZ 750 Motorcycle | 1,000.00 | 0.00 | DA | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 09-70333   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RUSTON, DAVID J | Date Filed (f) or Converted (c): | 02/05/09 (f) |
| | RUSTON, SHERRI L | 341(a) Meeting Date: | 03/12/09 |
| | | Claims Bar Date: | 12/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. Filing Cabinets | 150.00 | 0.00 | DA | 0.00 | FA |
| 28. Laminator | 10.00 | 0.00 | DA | 0.00 | FA |
| 29. Copy/Fax Machine | 100.00 | 0.00 | DA | 0.00 | FA |
| 30. Table Saw | 100.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $329,520.18          $8,252.24                              $8,252.61          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/10          Current Projected Date of Final Report (TFR): 07/01/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

**Exhibit B**

| | |
|---|---|
| Case No: | 09-70333 -MLB |
| Case Name: | RUSTON, DAVID J |
| | RUSTON, SHERRI L |
| Taxpayer ID No: | *******5395 |
| For Period Ending: | 02/24/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1444  MONEY MARKET |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/09 | 22 | DAVID AND SHERRY RUSTON | INTEREST IN STOCK | 1129-000 | 8,252.24 | | 8,252.24 |
| | | 327 VALE AVE S | | | | | |
| | | ROCKFORD, IL  61108-1744 | | | | | |
| 07/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 8,252.25 |
| 08/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,252.46 |
| 09/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,252.66 |
| 10/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,252.86 |
| 11/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,253.07 |
| 12/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,253.28 |
| 01/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,253.49 |
| 02/24/10 | 1 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 8,253.65 |
| 02/24/10 | | Transfer to Acct #*******1622 | Final Posting Transfer | 9999-000 | | 8,253.65 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 8,253.65 | 8,253.65 |
| Less: Bank Transfers/CD's | 0.00 | 8,253.65 |
| Subtotal | 8,253.65 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 8,253.65 | 0.00 |

Page Subtotals      8,253.65      8,253.65

Ver. 15.06b

**FORM 2**                                                                                      Page:    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                          Exhibit B

| Case No: | 09-70333 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RUSTON, DAVID J | Bank Name: | BANK OF AMERICA, N.A. |
| | RUSTON, SHERRI L | Account Number / CD #: | •••••••1622  GENERAL CHECKING |
| Taxpayer ID No: | •••••••5395 | | |
| For Period Ending: | 02/24/10 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | | Transfer from Acct #•••••••1444 | Transfer In From MMA Account | 9999-000 | 8,253.65 | | 8,253.65 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,253.65 | 0.00 | 8,253.65 |
| Less: Bank Transfers/CD's | 8,253.65 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - •••••••1444 | 8,253.65 | 0.00 | 0.00 |
| GENERAL CHECKING - •••••••1622 | 0.00 | 0.00 | 8,253.65 |
| | 8,253.65 | 0.00 | 8,253.65 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                  8,253.65                  0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-70333 | | Page 1 | | Date: February 24, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | RUSTON, DAVID J | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,870.00 | $0.00 | $1,870.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $77.61 | $0.00 | $77.61 |
| 000005B<br>058<br>5800-00 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Priority | | $2,323.00 | $0.00 | $2,323.00 |
| 000001<br>070<br>7100-00 | ComEd Co<br>2100 Swift Rd<br>Attn: BK Section/System Credit<br>Oakbrook, IL 60523 | Unsecured | | $1,463.18 | $0.00 | $1,463.18 |
| 000002<br>070<br>7100-00 | Yellow Book USA<br>RMS BK Recovery Services<br>POB 5126<br>Timonium, MD 21094 | Unsecured | | $976.71 | $0.00 | $976.71 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,211.04 | $0.00 | $8,211.04 |
| 000004<br>070<br>7100-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005A<br>070<br>7100-00 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Unsecured | | $482.13 | $0.00 | $482.13 |
| 000006 | Ray Shuller<br>14207 Kratz Drive<br>South Beloit, IL 61080 | Secured | | $27,270.88 | $0.00 | $27,270.88 |
| | Case Totals: | | | $42,674.55 | $0.00 | $42,674.55 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70333
Case Name: RUSTON, DAVID J
           RUSTON, SHERRI L
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| _Trustee: DANIEL M. DONAHUE_ | $ 1,575.37 | $ 0.00 |
| _Attorney for trustee: MCGREEVY_ _WILLIAMS_ | $ 1,870.00 | $ 77.61 |
| _Appraiser:_ | $ | $ |
| _Auctioneer:_ | $ | $ |
| _Accountant:_ | $ | $ |
| _Special Attorney for trustee:_ | $ | $ |
| _Charges:_ | $ | $ |
| _Fees:_ | $ | $ |
| _Other:_ | $ | $ |
| _Other:_ | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,323.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005B* | *Internal Revenue Service* | $ 2,323.00 | $ 2,323.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,133.06  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *ComEd Co* | $ 1,463.18 | $ 316.43 |
| *000002* | *Yellow Book USA* | $ 976.71 | $ 211.23 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 8,211.04 | $ 1,775.74 |
| 000004 | Illinois Department of Employment Security | $ 0.00 | $ 0.00 |
| 000005A | Internal Revenue Service | $ 482.13 | $ 104.27 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,870.00 | $1,870.00 |
| | *Expenses* | $0.00 | $77.61 | $77.61 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,870.00 | $1,870.00 |
| | *Expenses* | $0.00 | $77.61 | $77.61 |
| | | $0.00 | $1,947.61 | $1,947.61 |

**Exhibit G**