# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| RUSTON, DAVID J<br>RUSTON, SHERRI L | § § § § | Case No. 09-70333 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on April 7, 2010 in Courtroom 115,
  United States Courthouse
  211 South Court Street
  Rockford, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue _____
                                            Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| RUSTON, DAVID J | § | Case No. 09-70333 |
| RUSTON, SHERRI L | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | ---: |
| The Final Report shows receipts of | $ | 8,253.65 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,253.65 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
| --- | --- | --- |
| Trustee: DANIEL M. DONAHUE | $ 1,575.37 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,870.00 | $ 77.61 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,323.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005B | Internal Revenue Service | $ 2,323.00 | $ 2,323.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,133.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ComEd Co | $ 1,463.18 | $ 316.43 |
| 000002 | Yellow Book USA | $ 976.71 | $ 211.23 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 8,211.04 | $ 1,775.74 |
| 000004 | Illinois Department of Employment Security | $ 0.00 | $ 0.00 |
| 000005A | Internal Revenue Service | $ 482.13 | $ 104.27 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Daniel M. Donahue
Trustee

UST Form 101-7-NFR (9/1/2009) (Page: 4)

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Mar 11, 2010
Case: 09-70333                Form ID: pdf006            Total Noticed: 32

The following entities were noticed by first class mail on Mar 13, 2010.
db/jdb        +David J. Ruston,    Sherri L. Ruston,    327 Vale Avenue South,    Rockford, IL 61108-1744
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty           +Jason H Rock,    Barrick Switzer Law Office,    6833 Stalter Drive,    First Floor,
               Rockford, IL 61108-2579
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
13494666      +American Marketing & Publishing LLC,    P.O. Box 982,    Dekalb, IL 60115-0982
13494667       Capital One Bank, N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13494668       Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14501105       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13494669      +Collections Section,    33 S. State St., 10th Floor,    Chicago, IL 60603-2803
13494670       Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
13494673      +Frank Smit,    P.O. Box 15744,    Loves Park, IL  61132-5744
13494674      +Happy Camper Pet Resort,    919 River Lane,    Loves Park, IL 61111-4712
13494675      +Home Pages,    915 E. Lincoln Highway,    P.O. Box 801,    Dekalb, IL 60115-0801
13494676     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    POB 21126,    Philadelphia, PA 19114)
14502563      +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13494677       Loves Park Water Dept.,    P.O. Box 2275,    Loves Park, IL 61131-0275
13494678       NICOR,    P.O. box 0632,    Aurora, IL 60507-0632
13494679      +Norstar,    122 N. Second Street,    Rockford, IL 61107-4051
13494680      +Ray Shuller,    14207 Kratz Drive,    South Beloit, IL 61080-2511
13494681      +Register Receipt Advertising, Inc.,    14405 E. 42nd St., Bldg. 2,    Suite 100,
               Independence, MO 64055-4753
13494682      +Riverside Community Bank,    6855 E. Riverside Blvd.,    Rockford, IL 61114-4429
13494683       Rock River Disposal Services, Inc.,    P.O. Box 673045,    Milwaukee, WI 53267-3045
13494684       Rock River Water Reclamation,    P.O. Box 6207,    Rockford, IL 61125-1207
13494685      +Total Merchant Services,    255 Gold Rivers Court,    3rd Floor,    Basalt, CO 81621-9257
13494686       Washington Mutual,    P.O. Box 9001123,    Louisville, KY 40290-1123
13494687      +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
13785283      +Yellow Book USA,    RMS BK Recovery Services,    POB 5126,    Timonium, MD 21094-5126
13494688       Yellow Book West,    P.O. Box 660052,    Dallas, TX 75266-0052
13494689      +Zep Sales & Service,    139 Exchange Blvd.,    Glendale Heights, IL 60139-2095

The following entities were noticed by electronic transmission on Mar 11, 2010.
13494671       E-mail/Text: legalcollections@comed.com                           ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
13566287      +E-mail/Text: legalcollections@comed.com                           ComEd Co,    2100 Swift Rd,
               Attn: BK Section/System Credit,    Oakbrook, IL 60523-1559
13494672       E-mail/Text: CustomerNoticesEast@dexknows.com                         DEX,    8519 Innovation Way,
               Chicago, IL 60682-0085
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2010**                    **Signature:** _Joseph Speetjens_