UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSTON, DAVID J | § | Case No. 09-70333 |
| RUSTON, SHERRI L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual P.O. Box 9001123 Louisville, KY 40290-1123 |  |  |  |  |  |
| Wells Fargo P.O. Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Marketing & Publishing LLC P.O. Box 982 Dekalb, IL 60115 | | | | | |
| Capital One Bank, N.A. P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| Collections Section 33 S. State St., 10th Floor Chicago, IL 60603-2802 | | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| Comcast Cable P.O. Box 3001 Southeastern, PA 19398-3001 | | | | | |
| DEX 8519 Innovation Way Chicago, IL 60682-0085 | | | | | |
| Frank Smit P.O. Box 15744 Loves Park, IL 61132 | | | | | |
| Home Pages 915 E. Lincoln Highway P.O. Box 801 Dekalb, IL 60115 | | | | | |
| Loves Park Water Dept. P.O. Box 2275 Loves Park, IL 61131-0275 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NICOR P.O. box 0632 Aurora, IL 60507-0632 | | | | | |
| Norstar 122 N. Second Street Rockford, IL 61104 | | | | | |
| Register Receipt Advertising, Inc. 14405 E. 42nd St., Bldg. 2 Suite 100 Independence, MO 64055 | | | | | |
| Riverside Community Bank 6855 E. Riverside Blvd. Rockford, IL 61114 | | | | | |
| Rock River Disposal Services, Inc. P.O. Box 673045 Milwaukee, WI 53267-3045 | | | | | |
| Rock River Water Reclamation P.O. Box 6207 Rockford, IL 61125-1207 | | | | | |
| Total Merchant Services 255 Gold Rivers Court 3rd Floor Basalt, CO 81621 | | | | | |
| Zep Sales & Service 139 Exchange Blvd. Glendale Heights, IL 60139 | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| COMED CO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| YELLOW BOOK USA | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-70333 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | | Date Filed (f) or Converted (c): | 02/05/09 (f) |
| | RUSTON, SHERRI L | | | 341(a) Meeting Date: | 03/12/09 |
| For Period Ending: | 06/01/10 | | | Claims Bar Date: | 12/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.37 | FA |
| 2. Single Family Residence 327 Vale Avenue South Rock | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Rental Property 618 Gardner Street South Beloit, I | 29,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash On Hand | 75.00 | 0.00 | DA | 0.00 | FA |
| 5. Fidelity Money Market Account | 3.00 | 0.00 | DA | 0.00 | FA |
| 6. Personal Checking Account At Blackhawk Bank | 3,000.24 | 0.00 | DA | 0.00 | FA |
| 7. Commercial Security Deposit For 919 River Lane | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Living Room Furniture; Stereo; Queen Size Bed With | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 900 Old LP's | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Standard Wearing Apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 11. Assorted Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Fitness Equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. Golf Clubs | 75.00 | 0.00 | DA | 0.00 | FA |
| 14. Genworth Financial Term Policy With $250,000.00 De | 1.00 | 0.00 | DA | 0.00 | FA |
| 15. United Technologies Term Policy With $150,000.00 D | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. United Technologies 401(k) | 73,982.19 | 0.00 | DA | 0.00 | FA |
| 17. Fidelity IRA | 59,368.35 | 0.00 | DA | 0.00 | FA |
| 18. Janus IRA | 21,953.40 | 0.00 | DA | 0.00 | FA |
| 19. Haldex 401(k) | 20,000.00 | 0.00 | | 0.00 | FA |
| 20. Roth IRA/Old Mutual | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21. Roth IRA/Vanguard | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 22. 101 Shares United Technologies | 5,300.00 | 5,330.48 | | 8,252.24 | FA |
| 23. Sole Member Happy Camper Pet Resort, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 24. Expected State And Federal 2008 Tax Refunds | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 25. 1997 Saturn SC | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 1988 FZ 750 Motorcycle | 1,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 15.09

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-70333 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | | Date Filed (f) or Converted (c): | 02/05/09 (f) |
| | RUSTON, SHERRI L | | | 341(a) Meeting Date: | 03/12/09 |
| | | | | Claims Bar Date: | 12/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Filing Cabinets | 150.00 | 0.00 | DA | 0.00 | FA |
| 28. Laminator | 10.00 | 0.00 | DA | 0.00 | FA |
| 29. Copy/Fax Machine | 100.00 | 0.00 | DA | 0.00 | FA |
| 30. Table Saw | 100.00 | 0.00 | DA | 0.00 | FA |

|  |  |  |  |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $329,520.18 | $5,330.48 | $8,252.61 |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/10     Current Projected Date of Final Report (TFR): 07/01/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-70333 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | Bank Name: | BANK OF AMERICA, N.A. |
| | RUSTON, SHERRI L | | Account Number / CD #: | *******1444  MONEY MARKET |
| Taxpayer ID No: | *******5395 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/09 | 22 | DAVID AND SHERRY RUSTON 327 VALE AVE S ROCKFORD, IL 61108-1744 | INTEREST IN STOCK | 1129-000 | 8,252.24 | | 8,252.24 |
| 07/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 8,252.25 |
| 08/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,252.46 |
| 09/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,252.66 |
| 10/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,252.86 |
| 11/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,253.07 |
| 12/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,253.28 |
| 01/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,253.49 |
| 02/24/10 | 1 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 8,253.65 |
| 02/24/10 | | Transfer to Acct #*******1622 | Final Posting Transfer | 9999-000 | | 8,253.65 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,253.65 | 8,253.65 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,253.65 | |
| Subtotal | 8,253.65 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,253.65 | 0.00 | |

Page Subtotals    8,253.65    8,253.65

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70333 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | Bank Name: | BANK OF AMERICA, N.A. |
| | RUSTON, SHERRI L | | Account Number / CD #: | *******1622  GENERAL CHECKING |
| Taxpayer ID No: | *******5395 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | | Transfer from Acct #*******1444 | Transfer In From MMA Account | 9999-000 | 8,253.65 | | 8,253.65 |
| 04/08/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,575.37 | 6,678.28 |
| 04/08/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,870.00 | 4,808.28 |
| 04/08/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 77.61 | 4,730.67 |
| 04/08/10 | 000103 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Claim 000005B, Payment 100.0% | 5800-000 | | 2,323.00 | 2,407.67 |
| 04/08/10 | 000104 | ComEd Co<br>2100 Swift Rd<br>Attn: BK Section/System Credit<br>Oakbrook, IL 60523 | Claim 000001, Payment 21.6% | 7100-000 | | 316.43 | 2,091.24 |
| 04/08/10 | 000105 | Yellow Book USA<br>RMS BK Recovery Services<br>POB 5126<br>Timonium, MD 21094 | Claim 000002, Payment 21.6% | 7100-000 | | 211.23 | 1,880.01 |
| 04/08/10 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 21.6% | 7100-000 | | 1,775.74 | 104.27 |
| 04/08/10 | 000107 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Claim 000005A, Payment 21.6% | 7100-000 | | 104.27 | 0.00 |
| | | | | Page Subtotals | 8,253.65 | 8,253.65 | |

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-70333 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RUSTON, DAVID J | | Bank Name: | BANK OF AMERICA, N.A. |
| | RUSTON, SHERRI L | | Account Number / CD #: | *******1622 GENERAL CHECKING |
| Taxpayer ID No: | *******5395 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,253.65 | 8,253.65 | 0.00 |
| Less: Bank Transfers/CD's | 8,253.65 | 0.00 | |
| Subtotal | 0.00 | 8,253.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,253.65 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********1444 | 8,253.65 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1622 | 0.00 | 8,253.65 | 0.00 |
| | 8,253.65 | 8,253.65 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*